IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY A. SMOLINSKI,<br><br>    Defendant. | **8:07CR441**<br><br>**JUDGMENT** |

  Pursuant to the Memorandum and Order entered on this date granting Defendant's Motion to Terminate the Duty to Register under 34 U.S.C. § 20915(b) (Filing No. 77), the Court enters judgment in favor of the defendant and against the plaintiff.

  Dated this 9th day of August, 2023.

                   BY THE COURT:

                   s/ Joseph F. Bataillon
                   Senior United States District Judge